UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al., <br><br> Defendants-Appellants. | No.   20-16802 <br><br> D.C. No. 3:20-cv-00682-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 27) to further stay appellate proceedings is granted in part.

Appellate proceedings are stayed until June 1, 2021. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo